IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**DIANE SHEARS**                                                          **PLAINTIFF**

vs.                No. 1:22-cv-2099-EEB

**AMERICAN PUBLIC DEFENSE, INC.,**                      **DEFENDANT**
**and LEWIS BROWN**

## INITIAL STATUS REPORT

Pursuant to the Court's Order dated May 26, 2022 (ECF No. 4), Plaintiff submits the following Initial Status Report:

1.      **Meeting.** Plaintiff's attorneys have been unable to reach Defendants in order to meet/hold the Rule 26(f) meeting. Defendant Lewis Brown has been successfully served, but Defendant American Public Defense, Inc., has not been served yet. The following are the attorneys of record for Plaintiff:

   Colby Qualls
   Josh Sanford
   SANFORD LAW FIRM, PLLC
   10800 Financial Centre
   Parkway
   Suite 510
   Little Rock, Arkansas 72211
   Telephone: (501) 221-0088
   Facsimile: (888) 787-2040
   colby@sanfordlawfirm.com
   josh@sanfordlawfirm.com

2.      **Pretrial Schedule.** Plaintiff proposes to the court the following discovery plan:

   Plaintiff to amend pleadings by **September 21, 2022**.
   Plaintiff to add any additional parties by **September 21, 2022**
   Defendants to amend pleadings by **September 21, 2022**
   Defendants to add any additional parties by **September 21, 2022**

3. **Discovery.** Plaintiff proposes that discovery will be needed on the following subjects: All of the elements of Plaintiff's claims and Defendants' defenses to those claims; Issues related to willfulness / intent; and Damages.

    (a) Disclosures pursuant to Pursuant to FED. R. CIV. 26(a)(1) to be made by **July 25, 2022**. Fact discovery to be commenced in time to be completed by **May 11, 2023.**

    (b) Plaintiff expects the Parties will need approximately 1-10 depositions.

    Plaintiff anticipates taking the oral deposition of a representative of the corporate defendant pursuant to Rule 30(b)(6), the deposition of Defendant Lewis Brown, and may take the deposition of any individual identified by Defendants as a witness in initial disclosures or through discovery.

    (c) Reports from retained experts under Rule 26(a)(2) due:

    Date for plaintiff to comply with FRCP(26)(a)(2): Plaintiff does not anticipate the need for expert discovery at this time; however, if Plaintiff chooses to rely on expert testimony, Plaintiff will comply with FRCP 26(A)(2) by **May 11, 2023.**

    Date for defendants to comply with FRCP(26)(a)(2): Plaintiff would propose that if Defendants choose to rely on expert testimony that they would comply with FRCP 26(A)(2) by **May 11, 2023.**

    All expert discovery to be completed by: Plaintiff does not anticipate the need for expert discovery at this time.

    (d) Plaintiff proposes that all potentially dispositive motions should be filed by **June 12, 2023**.

    (e) Final pretrial order: Plaintiff to prepare proposed draft by **July 28, 2023**; Plaintiff proposes for the parties to file joint final pretrial order by **August 11, 2023.**

    (f) Plaintiff expects that the case should be ready for trial by **September 12, 2023**, and at this time is expected to take approximately 1-2 six-hour trial days.

4. **Settlement.** At least 14 days prior to the Rule 16(b) scheduling conference, plaintiff is directed to make a written settlement demand to the defendants. At least 7 days prior to the scheduling conference defendants are to respond in writing to the plaintiff settlement demand.

5. **Consent.** At least one of the parties has not consented to the exercise of

jurisdiction of a magistrate judge.

Date: <u>June 23, 2022</u>

                Respectfully submitted,

                **PLAINTIFF DIANE SHEARS**

                SANFORD LAW FIRM, PLLC
                Kirkpatrick Plaza
                10800 Financial Centre Parkway, Suite 510
                Little Rock, Arkansas 72211
                Telephone: (501) 221-0088
                Facsimile: (888) 787-2040

                <u>*/s/ Colby Qualls*</u>
                Colby Qualls
                Ark Bar No. 2019246
                colby@sanfordlawfirm.com

                Josh Sanford
                Ark. Bar No. 2001037
                josh@sanfordlawfirm.com