# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Diane Shears
                                      Plaintiff,

v.                                                                       Case No.: 1:22−cv−02099
                                                                                   Honorable Elaine E. Bucklo

American Public Defense, Inc., et al.
                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 17, 2023:

      MINUTE entry before the Honorable Elaine E. Bucklo: Parties have failed to file a status report required by minute entry no. [6]. Status hearing is reset for 6/15/2023 at 9:45 a.m. (to track the case only, no appearance is required). The parties shall file a joint status report by 6/8/2023 and the court will enter an appropriate order. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.