## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## GENERAL ORDER 23-0023

IT APPEARING THAT, the civil cases on the attached list have been selected for reassignment to form the initial calendar of the Honorable LaShonda A. Hunt; therefore

IT IS HEREBY ORDERED that the attached list of 282 cases be reassigned to the Honorable LaShonda A. Hunt; and

IT IS FURTHER ORDERED that all parties affected by this Order must review the Honorable LaShonda A. Hunt's webpage on the Court's website for the purpose of reviewing instructions regarding scheduling and case management procedures; and

IT IS FURTHER ORDERED that any civil case that has been reassigned pursuant to this Order will not be randomly reassigned to create the initial calendar of a new district judge for twelve months from the date of this Order; and

IT IS FURTHER ORDERED that the Clerk of Court is directed to add the Honorable LaShonda A. Hunt to the Court's civil case assignment system during the next business day, so that she shall receive a full share of such cases; and

IT IS FURTHER ORDERED that the Clerk of Court is directed to add the Honorable LaShonda A. Hunt to the Court's criminal case assignment system ninety (90) days so that Judge Hunt shall thereafter receive a full share of such cases.

ENTER:

FOR THE EXECUTIVE COMMITTEE

Hon. Rebecca R. Pallmeyer, Chief Judge

Dated at Chicago, Illinois this 2nd day of June, 2023

## Civil Cases Reassigned from Judge Alonso

| | |
|---|---|
| 1:19-cv-01082 | Allen v. City of Chicago et al |
| 1:19-cv-08183 | Hinkes v. Sunera Technologies, Inc. et al |
| 1:20-cv-00390 | Fluery v. Union Pacific Railroad Company |
| 1:20-cv-06189 | Weston v. City of Chicago et al |
| 1:20-cv-06316 | Nance, Jr. v. Department of Justice et al |
| 1:22-cv-03861 | Nance v. United States, et al. |
| 1:21-cv-02256 | Hanley v. XL Towing & Storage, Inc. et al |
| 1:21-cv-06378 | Bommisamy et al v. Poola et al |
| 1:22-cv-01579 | Cook v. Gomez et al |
| 1:22-cv-04892 | Williams et al v. Village of Alsip et al |
| 1:22-cv-05242 | Lynch v. Atlas Toyota Material Handling, LLC |
| 1:22-cv-06629 | Pugh v. Commissioner of Social Security |
| 1:22-cv-07321 | Arch Insurance Company v. Biometric Impressions Corp., et al |

## Civil Cases Reassigned from Judge Aspen

| | |
|---|---|
| 1:18-cv-06313 | Mendez v. City of Chicago et al |
| 1:20-cv-04858 | Hunter Technology Corporation v. Omega Global Technologies, Inc. |
| 1:20-cv-04247 | Sosa v. Onfido, Inc. |
| 1:21-cv-03032 | Simmons v. Gomez et al |
| 1:21-cv-06301 | Carr v. Mendrick et al |
| 1:22-cv-04202 | OEC Group (NY) Inc. v. China Cargo Airlines LTD |
| 1:22-cv-05436 | Davis v. City Of Chicago et al |

## Civil Cases Reassigned from Judge Blakey

| | |
|---|---|
| 1:18-cv-07790 | Holmes v. The three officer |
| 1:20-cv-04301 | Ortho-Tain, Inc. v. Colorado Vivos Therapeutics, Inc. et al |
| 1:21-cv-03495 | Roberts et al v. Kohl's, Inc. |
| 1:21-cv-06228 | Tower Crossing Condominium Association Inc. v. Affiliated FM Insurance Company |
| 1:22-cv-01852 | Sanchez v. El-Milagro, Inc. |
| 1:22-cv-03495 | Culvey et al v. Auto-Owners Insurance Company |
| 1:22-cv-04801 | Midwest Operating Engineers Welfare Fund et al v. Pyramid Prime, LLC |
| 1:22-cv-05859 | Anderson v. Gomez et al |
| 1:22-cv-06746 | Central States, Southeast and Southwest Areas Pension Fund et al v. Otis Minnesota Services, LLC |
| 1:23-cv-00344 | Jeremy J. Wilson v. Southern Illinois University Carbondale |
| 1:23-cv-00904 | Cohan v. F and F Realty Partners, LLC |
| 1:23-cv-01512 | Wiese v. Ethiopian Airline Enterprise |

## Civil Cases Reassigned from Judge Bucklo

| | |
|---|---|
| 1:17-cv-05589 | Stapleton v. Nestle |
| 1:19-cv-06322 | American Council of The Blind of Metropolitan Chicago et al v. City of Chicago et al |
| 1:21-cv-01379 | KTM AG v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto |

| 1:21-cv-02422 | Amarillo et al v. Artis Senior Living, LLC et al |
| 1:22-cv-01146 | Powell v. Board of Education of the City of Chicago |
| 1:22-cv-02099 | Shears v. American Public Defense, Inc. et al |
| 1:22-cv-03779 | Flores Juarez v. The Kenneth Company, et al. |
| 1:22-cv-04413 | Wilson v. Smith |
| 1:22-cv-07034 | HXI Logistics, Inc. v. Travelers Property Casualty Company of America |
| 1:23-cv-01003 | Cruz v. ClimateGuard Windows & Doors |
| 1:23-cv-01796 | Trustees of the Chicago Painters and Decorators Pension Fund et al v. Vertison Velocity Inc. |
| 1:23-cv-02402 | Lake County, Illinois v. Eli Lilly and Company et al |

## Civil Cases Reassigned from Judge Chang

| 1:19-cv-01084 | Glover v. City Of Chicago et al |
| 1:20-cv-03176 | Cincinnati Specialty Underwriter Insurance Company v. Ajax Construction Inc et al |
| 1:21-cv-02509 | Anthony v. The Federal Savings Bank et al |
| 1:21-cv-05040 | United States Securities and Exchange Commission v. Collins et al |
| 1:22-cv-00827 | Mendoza v Smith |
| 1:22-cv-02661 | Greco et al v. FMR LLC et al |
| 1:22-cv-04510 | Brown v. Future Motion, Inc. |
| 1:22-cv-05846 | Lyons v. Doe 1-18 et al |
| 1:22-cv-07288 | Brown v. AS Beauty Group LLC |
| 1:23-cv-00419 | Jaworski v. Zastava Arms USA |
| 1:23-cv-01136 | Bigfoot 4x4, Inc. v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto |
| 1:23-cv-01733 | Grocery Delivery E-Services USA, Inc. v. Transport Alliance, LLC et al |

## Civil Cases Reassigned from Judge Coleman

| 1:19-cv-03325 | Payne v. City of Chicago et al |
| 1:20-cv-04947 | Kessev Tov, LLC v. Doe |
| 1:20-cv-04948 | Pajoje Development, LLC v. Doe(s) |
| 1:21-cv-03079 | Swintek v. Dart et al |
| 1:22-cv-00168 | United States Securities and Exchange Commission v. Sargent et al |
| 1:22-cv-02958 | Allen v. DaVita, Inc. |
| 1:22-cv-05126 | Beko US, Inc. v. Haro |
| 1:22-cv-05970 | GS Holistic, LLC v. WR Investments Corp et al |
| 1:22-cv-07241 | Abu Sialeh v. Mayorkas et al |
| 1:23-cv-01066 | Clements v. Zip-Pak |
| 1:23-cv-01687 | Chicago & Vicinity Laborers' District Council Pension Fund et al v. Century Asphalt and Construction, Inc. et al |
| 1:23-cv-02059 | Powell v. PNC Bank et al |
| 1:23-cv-02603 | Shahwan v. MENARD, INC., |

**Civil Cases Reassigned from Judge Durkin**

| | |
|---|---|
| 1:18-cv-01880 | Schloss v. City of Chicago |
| 1:18-cv-01974 | Bresnahan v. City of Chicago |
| 1:19-cv-01257 | Tapia v. City of Chicago et al |
| 1:18-cv-07890 | Randle v. Nicholson et al |
| 1:19-cv-05921 | Chew v. Boler et al |
| 1:23-cv-02066 | Chew v. Illinois Department of Corrections et al |
| 1:20-cv-02829 | Knight v. Okieze, et al |
| 1:20-cv-06822 | Bharel v. Louis DeJoy, Postmaster General of the United States Postal Service |
| 1:21-cv-01409 | Hartman et al v. Thompson et al |
| 1:21-cv-03384 | Hjelmberg v. Comcast Cable Communications Management LLC |
| 1:21-cv-05651 | CNC Solutions & Engineering, Inc. v. Korloy America, Inc. |
| 1:22-cv-02800 | Curry v. The Dufresne Spencer Group LLC |
| 1:22-cv-04502 | Aharon v. Babu et al |
| 1:22-cv-05835 | Danxiao Information Technology Ltd., et al v. Shenzhen Aigan Technology Co. Ltd., et al |
| 1:22-cv-06932 | Pittsburgh Logistics Systems, Inc. v. The Certus Group |

**Civil Cases Reassigned from Judge Ellis**

| | |
|---|---|
| 1:19-cv-03279 | Peck v. Elgin Police Department et al |
| 1:20-cv-04079 | Brewer v. Officer White, et al. |
| 1:21-cv-01962 | Sharun v. CF Industries Employee Services, LLC |
| 1:21-cv-05938 | Span v. U.S. Bank , NA |
| 1:22-cv-01679 | Pierce v. Advocate Illinois Masonic Hospital |
| 1:22-cv-03378 | Holmes v. Diza Tacos Streeterville, LLC |
| 1:22-cv-04764 | Jeziorski v. Sam's West, Inc. |
| 1:23-cv-00224 | Lee v. Dart et al |
| 1:23-cv-00923 | Huang v. United States Citizenship and Immigration Services et al |
| 1:23-cv-01631 | Kakhiani v. Mayorkas et al |
| 1:23-cv-02076 | Cecilia Granata v. The Partnerships and Unincorporated Associations Identified on Schedule A |
| 1:23-cv-02718 | Merch Traffic, LLC v. The Partnerships and Unincorporated Associations Identified on Schedule A |

**Civil Cases Reassigned from Judge Gettleman**

| | |
|---|---|
| 1:18-cv-07246 | CCC Intelligent Solutions Inc v. Tractable Inc. |
| 1:19-cv-03407 | Kia & Kat, LLC et al v. Barnhardt et al |
| 1:20-cv-07412 | Love v. A/O Huberts #9883 |
| 1:22-cv-02157 | Ledonne v. Schuster |
| 1:22-cv-04745 | A.S. v. Board of Education for DesPlaines School District # 62 et al |
| 1:22-cv-07242 | Jones v. Shapiro Developmental Center |
| 1:23-cv-01043 | Keeper Security, Inc. v. Keeper Tax Inc. |
| 1:23-cv-02695 | Consumers Concrete Corp. v. Central States, Southeast and Southwest Areas Pension Fund |
| 1:21-cv-03437 | Dietrich v. Gottlieb Memorial Hospital et al |
| 1:22-cv-02685 | Sterling v. Liberty Mutual Personal Insurance Company |
| 1:22-cv-05841 | Walker v. City Of Chicago et al |

1:23-cv-00110    Williams v. Baudino et al

## Civil Cases Reassigned from Judge Gottschall

1:20-cv-05002    Rust v. United States Of America(FTCA)
1:21-cv-01939    Johnson v. Ridge Tool Manufacturing Company, Inc.
1:22-cv-03220    Ramson v. Scotts Miracle Gro
1:22-cv-06478    Tran et al v. Doe
1:23-cv-01133    DeMonte et al v. Apple Inc. et al
1:23-cv-02793    MaiBo (shenzhen) ke ji you xian gong si v. WhaleCo, Inc et al

## Civil Cases Reassigned from Judge Jenkins

1:23-cv-01269    Bradley v. Meijer & Bill Brannon
1:23-cv-01291    Fox Valley & Vicinity Construction Workers Welfare Fund et al v. Ruane
                 Construction, Inc. et al
1:23-cv-01474    Nash v. Advocate Aurora Health, Inc.
1:23-cv-01496    Toyota Motor Sales, U.S.A., Inc. v. The Partnerships and Unincorporated
                 Associations Identified on Schedule A
1:23-cv-01349    Wells Fargo Bank, N.A. v. J P Management Corp. et al
1:23-cv-01962    United States Securities and Exchange Commission v. Beaxy Digital, Ltd.
                 et al
1:23-cv-01777    Chammo v. Kijakazi
1:23-cv-02348    Bank of America, N.A., as Trustee of the Residuary Trust created under
                 the Declaration of Trust of Walter F. Hurless dated as of February 1, 1985
                 v. Lancaster et al
1:23-cv-02374    Growmark Inc. v. CIL North America LLC
1:23-cv-02383    Meder v. Mayorkas et al
1:23-cv-02524    Cervantes Lugo v. TruVision, Inc. et al
1:23-cv-02615    CEG Group, Inc. v. Landrum

## Civil Cases Reassigned from Judge Kendall

1:20-cv-00420    Williams et al v. City of Chicago et al
1:20-cv-02928    Robinson v. City Of Chicago et al
1:21-cv-00917    Norwood v. Shippers Warehouse of Illinois, Inc.
1:21-cv-03676    OpenCommerce Group, Inc. v. JOHN DOES (1-10)
    1:21-cv-04887       OpenCommerce Group, Inc. et al v. DeYoung et al
1:22-cv-00570    Goodlet v. City of Chicago
1:22-cv-01004    Chunwood, Inc. v. Midvale Indemnity Company
1:22-cv-03743    Sims v. Midway Broadcasting Corporation
1:22-cv-05666    Steelcast Limited v. Official Committee of Unsecured Creditors of LB
                 Steel, LLC
1:22-cv-06567    G FALLON v. J. BEAN TECHNOLOGIES
1:23-cv-00241    Manuel v. Experian Information Solutions, Inc. et al
1:23-cv-01141    Uvaldo v. Great Lakes Coca-Cola Distribution, L.L.C.
1:23-cv-01721    Dyson Technology Limited v. The Partnerships and Unincorporated
                 Associations Identified on Schedule A

**Civil Cases Reassigned from Judge Kennelly**

| | |
|---|---|
| 1:19-cv-02426 | Polk v. Williams |
| 1:20-cv-06321 | Schroeder v. Board of Education for Community Consolidated School District #21 et al |
| 1:21-cv-05249 | Harleysville Preferred Insurance Company et al v. Dude Products, Inc. et al |
| 1:22-cv-01018 | Hirmer v. ESO Solutions, Inc. |
| 1:22-cv-03316 | Richardella et al v. Foremost Insurance Company Grand Rapids Michigan |
| 1:22-cv-04421 | Ornelas et al v. Abbott Laboratories, Inc. |
| 1:22-cv-05360 | Brust Funeral Home, Ltd. v. Federated Mutual Insurance Company |
| 1:22-cv-06189 | Salgado v. A-Alert Security Services, Inc., an Illinois corporation et al |
| 1:22-cv-06906 | Bowen v. Alpha Bedding LLC |
| 1:23-cv-00339 | Shannon v. Cadence Education, LLC |
| 1:23-cv-00796 | Overton Chicago Gear Corporation v. Golden Aluminum, Inc. |
| 1:23-cv-01343 | Moore, Jr. v. The Prudential Insurance Company of America |

**Civil Cases Reassigned from Judge Kness**

| | |
|---|---|
| 1:17-cv-06060 | Hatchett v. Wexford Health Services, Inc. et al |
| 1:19-cv-05240 | Huntington National Bank, The v. Stella's Real Estate, LLC et al |
| 1:20-cv-02207 | Sears Authorized Hometown Stores, LLC v. MG Management CO., LLC et al |
| 1:21-cv-00746 | MG Management CO., LLC et al v. Sears Authorized Hometown Stores, LLC |
| 1:21-cv-01503 | Davis v. Unitel Voice, LLC et al |
| 1:21-cv-04229 | Jordan v. KForce, Inc. et al |
| 1:22-cv-00061 | Isaca, Inc. v. DQS Certification India Pvt Ltd. et al |
| 1:21-cv-06939 | Morris v. White #2922 et al |
| 1:22-cv-02200 | Muthana et al v. Mayorkas et al |
| 1:22-cv-03400 | Lee v. Young et al |
| 1:22-cv-04842 | Fleming v. Dr. Squatch, LLC |
| 1:22-cv-06175 | Howard v. Waste Management of Illinois, Inc., et al |
| 1:22-cv-06960 | The Regents of the University of California v. Health Care Service Corporation |

**Civil Cases Reassigned from Judge Kocoras**

| | |
|---|---|
| 1:18-cv-07695 | TWD, LLC v. Grunt Style LLC |
| 1:18-cv-07865 | Yao v. Carillon Tower/Chicago LP et al |
| 1:20-cv-02074 | Putnam v. Caramelcrisp, LLC |
| 1:20-cv-02657 | Johnson v. Symon et al |
| 1:21-cv-01661 | Williford v. Brannon-Dortch |
| 1:21-cv-04544 | Diggs v. Lowe's Home Centers, LLC |
| 1:22-cv-05452 | Saucedo v. Carpenter et al |
| 1:22-cv-06604 | Central States, Southeast and Southwest Areas Health and Welfare Fund et al v. Town of Manitowish Waters |
| 1:23-cv-00578 | Saldana et al v. York Spring, Co. et al |
| 1:23-cv-01613 | Rovner v. Angels Grace Hospice, LLC |
| 1:23-cv-02361 | Guaranteed Rate, Inc. v. React LLC |

| | |
|---|---|
| 1:23-cv-02536 | Tobias Teixeira Da Fonseca v. The Partnerships and Unincorporated Associations Identified on Schedule A |

## Civil Cases Reassigned from Judge Lefkow

| | |
|---|---|
| 1:20-cv-04513 | Waveum, Inc. v. K&D |
| 1:20-cv-05271 | Echevarria v. Jackson et al |
| 1:21-cv-05796 | Van Bergen v. Fastmore Logistics LLC et al |
| 1:21-cv-06667 | Kehoe v. Board of Trustees of the University of Illinois |
| 1:22-cv-04254 | Gosse v. Dover Corporation et al |
| 1:23-cv-02130 | 2 LeMoyne Parkway Condominium Association v. Travelers Casualty Insurance Company of America |

## Civil Cases Reassigned from Judge Leinenweber

| | |
|---|---|
| 1:18-cv-01142 | Smith et al v. Sears Holdings Corp. |
| 1:19-cv-00156 | Chavez Moreno v. Aerovias de Mexico, S.A. de C.V., et al |
| 1:20-cv-06107 | Totten v. Benedictine University |
| 1:21-cv-06231 | Ailion v. Healthcare Solutions Team, LLC et al |
| 1:22-cv-04518 | Weibel v. Horizon Therapeutics USA, Inc. |
| 1:22-cv-06064 | Alba et al v. El Pollo Real, Inc. et al |

## Civil Cases Reassigned from Judge Maldonado

| | |
|---|---|
| 1:22-cv-05549 | DeVry University, Inc. v. United States Department Of Education et al |
| 1:22-cv-06060 | Rojas v. Voters First Victory Fund |
| 1:22-cv-06486 | Cullen v. Spiriplex, Inc. |
| 1:22-cv-07036 | Haywood v City of Chicago et al |
| 1:23-cv-00213 | Line Construction Benefit Fund v. Rancho Tree Service |
| 1:23-cv-00801 | Earley v. City of Chicago et al |
| 1:23-cv-01009 | Wright v. Dearborn Wholesale Grocers, Inc. |
| 1:23-cv-01404 | Holman v. United Airlines, Inc., et al |
| 1:23-cv-01699 | Watson v. Dart et al |
|     1:23-cv-01702 |     Watson v. Dart et al |
|     1:23-cv-01718 |     Watson v. Sisk et al |
| 1:23-cv-01815 | Trustees of the Chicago Painters and Decorators Pension Fund et al v. Legend Construction Services, Inc. |
| 1:23-cv-02127 | Passamentt v. Ferrara Candy Company |
| 1:23-cv-02318 | Lee et al v. Dart Motors LLC et al |

## Civil Cases Reassigned from Judge Pacold

| | |
|---|---|
| 1:17-cv-01099 | Brent-Bell v. City of Chicago et al |
| 1:19-cv-00649 | Ewing v. Wilkie |
| 1:19-cv-08316 | Burton v. Saul |
| 1:20-cv-05496 | Parker v. United States of America et al |
| 1:21-cv-02948 | Wesley v. McDonough et al |
| 1:21-cv-06575 | Hernandez v. C-Thru Window Film, Inc. |
| 1:22-cv-02037 | Reimer v. Endurance Warranty Services, LLC |
| 1:22-cv-03875 | Chicago Title Land Trust Company et al v. Possibility Place Nursery, Inc. et al |

| | |
|---|---|
| 1:22-cv-05069 | Davis et al v. e.l.f. Cosmetics, Inc. |
| 1:22-cv-06102 | Gerber v. Institutional Pharmacy Solutions, LLC et al |
| 1:22-cv-06966 | Moore v. Cajun Style Fast Food, Inc. |
| 1:23-cv-00593 | Walker v. Medline |

## Civil Cases Reassigned from Chief Judge Pallmeyer

| | |
|---|---|
| 1:19-cv-00131 | Ollie v. Watts et al |
| 1:21-cv-05072 | Small v. Dothan Security, Inc. |
| 1:22-cv-04207 | Taylor v. Skytech Enterprises Ltd. |
| 1:23-cv-00836 | Cordes v. United Specialty Insurance Company |
| 1:23-cv-01682 | Gonzalez Martinez v. Lakhani Hospitality, Inc. et al |
| 1:23-cv-01890 | Gresham v. Cook-Dupage Transportation Company, Inc. |

## Civil Cases Reassigned from Judge Rowland

| | |
|---|---|
| 1:18-cv-08182 | Jefferson v. Chicago et al |
| 1:20-cv-04919 | 360 Painting, LLC v. R Sterling Enterprises, Inc. et al |
| 1:21-cv-02624 | Anaya v. Birck et al |
| 1:21-cv-06248 | Abubakar v. Walmart Inc. |
| 1:22-cv-01296 | Laidig et al v. GreatBanc Trust Company et al |
| 1:22-cv-02886 | Franklin et al v. Godinez et al |
| 1:22-cv-03276 | Sambolin v. Ethos Veterinary Health LLC |
| 1:22-cv-05384 | Ramirez et al v. LexisNexis Risk Solutions |
| 1:22-cv-05477 | Patel v. United States Citizenship and Immigration Services et al |
| 1:22-cv-06184 | Hartford Underwriters Insurance Company v. EasyWorkforce Software, LLC f/k/a EasyWorkforce Software, Inc. et al |
| 1:22-cv-06737 | Hobbs v. Menard, Inc. |
| 1:23-cv-01075 | Avila v. Taste of Lebanon, Inc. et al |

## Civil Cases Reassigned from Judge Seeger

| | |
|---|---|
| 1:19-cv-03402 | Aylin & Ramtin, LLC et al v. Barnhardt et al |
| 1:21-cv-00998 | Cozzi et al v. Village of Melrose Park et al |
| 1:21-cv-01182 | Azuz v. Accucom Corporation |
| 1:22-cv-02161 | Giovannelli v. Amazon.Com, Inc. et al |
| 1:22-cv-02163 | Giovannelli v. Posterazzi Corp. |
| 1:22-cv-02656 | Murphy v. Health Care Service Corporation |
| 1:22-cv-04763 | Bell v. City Of Chicago et al |
| 1:22-cv-05895 | Wright v. City Of Chicago et al |
| 1:22-cv-06378 | Ornelas v. Bank of America, N.A. |
| 1:22-cv-07237 | VS America, Inc. v. AmTab Manufacturing Corporation |
| 1:23-cv-00528 | Niemi v. AbbVie Inc, |
| 1:23-cv-01000 | Teleios Holdings V DE, LLC v. PHL Variable Insurance Company |
| 1:23-cv-01692 | Barton v. Village of Midlothian et al |

## Civil Cases Reassigned from Judge Shah

| | |
|---|---|
| 1:19-cv-08364 | Rodriguez v. Best Buy Stores, L.P. et al |
| 1:21-cv-01024 | Albarran v. Dart et al |
| 1:21-cv-05527 | Carnalla-Ruiz v. Brookhart |

| 1:22-cv-01988 | Kukovec v. The Estee Lauder Companies, Inc. |
| 1:22-cv-03736 | Gordon-Hay v. Barrios et al |
| 1:22-cv-04937 | Brown v. City of Evanston, Illinois |
| 1:22-cv-06025 | Fit Body Boot Camp, Inc. v. Clark et al |
| 1:22-cv-06908 | Chicago & Vicinity Laborers' District Council Pension Fund et al v. Robinette Demolition, Inc. |
| 1:23-cv-00512 | Art Ask Agency v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto |
| 1:23-cv-01140 | Allison v. Early Warning Services, LLC |
| 1:23-cv-01635 | Lewerentz v. The 1411 State Parkway Condominium Association |
| 1:23-cv-02547 | Abrams v. Kelly et al |

## Civil Cases Reassigned from Judge Tharp

| 1:18-cv-02358 | Long v. Wexford Health Sources Inc et al |
| 1:19-cv-05291 | Kline v. United Airlines, Inc |
| 1:20-cv-05824 | Finlayson v. Armor Medical et al |
| 1:21-cv-02232 | Stevens v. US Department of Justice et al |
| 1:22-cv-01200 | Smith v. Kijakazi |
| 1:22-cv-02930 | Beausoleil et al v. Three Paws, Inc. et al |
| 1:22-cv-04675 | Burns v. Kevin Szabo Jr Plumbing Inc. et al |
| 1:22-cv-05797 | Fenton v. City of Chicago et al |
| 1:22-cv-06769 | Tokarz v. Kijakazi |
| 1:23-cv-00076 | Jackson v. Greene |
| 1:23-cv-00831 | Eicher Motors Limited v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto |
| 1:23-cv-01525 | Roblox Corporation v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto |

## Civil Cases Reassigned from Judge Valderrama

| 1:18-cv-08281 | Sanchez et al v. City of Chicago, a municipal corporation et al |
| 1:20-cv-00073 | Williams v. Board of Education, City of Chicago |
| 1:20-cv-05940 | Holbrook MFg LLC et al v. Rhyno Manufacturing Inc. et al |
| 1:21-cv-01353 | Indeck Power Equipment Company v. Ashley Energy LLC |
| 1:21-cv-04075 | Robertson v. IBT Local 705 |
| 1:21-cv-06561 | Williams v. Dart |
| 1:22-cv-02160 | Giovannelli v. Pixels.com, LLC |
| 1:22-cv-03747 | Eagle Express Lines, Inc. v. United States of America et al |
| 1:22-cv-04656 | Badger Mutual Insurance Company v. Choi et al |
| 1:22-cv-05392 | Mckissick v. City Of Chicago et al |
| 1:22-cv-06322 | Mangum v. EYM Pizza of Illinois, LLC et al |
| 1:22-cv-07189 | Pech v. Sun Badger Solar, LLC et al |

**<u>Civil Cases Reassigned from Judge Wood</u>**

| | |
|---|---|
| 1:17-cv-05405 | Walsh v. Santerelli et al |
| 1:19-cv-01490 | Krentkowski v. Lombardi et al |
| 1:23-cv-00379 | Krentkowski v. Dart et al |
| 1:20-cv-01717 | Roman v. Bogard et al |
| 1:21-cv-00430 | Leeder v. The National Association of Realtors et al |
| 1:21-cv-04148 | Costello v. ALPI USA (ORD) |
| 1:22-cv-00439 | Shaw v. Dart et al |
| 1:22-cv-02937 | Bruno v. American Textile Company, Incorporated |
| 1:22-cv-04393 | U.S. Bank National Association v. BG Voice, Inc et al |
| 1:22-cv-05760 | Hinton et al v. City Of Chicago et al |
| 1:22-cv-06666 | Oliver v. Kijakazi |
| 1:22-cv-07285 | Foster v. Planet Group, Inc. et al |
| 1:23-cv-02443 | Strike 3 Holdings, LLC v. Doe, subscriber assigned IP address 208.59.42.212, |