# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Diane Shears

                              Plaintiff,

v.                                                              Case No.: 1:22–cv–02099
                                                                               Honorable LaShonda A. Hunt

American Public Defense, Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 5, 2023:

      MINUTE entry before the Honorable Elaine E. Bucklo: This case has been reassigned to the Honorable LaShonda A. Hunt. Therefore, in light of the reassignment, all pending dates before this court are stricken. Parties to take note of Judge Hunt's standing order posted on her page at www.ilnd.uscourts.gov. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.