UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Diane Shears

                                         Plaintiff,

v.                                                                                  Case No.: 1:22–cv–02099
                                                                                  Honorable LaShonda A. Hunt

American Public Defense, Inc., et al.

                                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 11, 2023:

      MINUTE entry before the Honorable Gabriel A. Fuentes: This matter having been referred to the magistrate judge for discovery and settlement (doc. #[14]), and the magistrate judge having received notice of the referral today, the Court directs plaintiff to file a status report by noon on 7/14/23 updating the magistrate judge and the district court on the status of service upon defendant APD and stating what efforts, if any, plaintiff has made to effect service in the year since this matter was filed. Plaintiff also is kindly requested to explain why no status report was filed on 5/11/23 as ordered by the district court nearly a year earlier. Plaintiff's report should also state whether plaintiff intends to prosecute this case at all, given that it has sat for a year with absolutely no progress report. The magistrate judge holds off on entering a discovery schedule until there is a served defendant that may participate in discovery after a proper Rule 26(f) conference. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.