# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Diane Shears

                        Plaintiff,

v.                                                     Case No.: 1:22−cv−02099
                                                              Honorable LaShonda A. Hunt

American Public Defense, Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 13, 2023:

    MINUTE entry before the Honorable LaShonda A. Hunt: This case has been reassigned to Judge Hunt. The parties are ordered to file a joint Initial Status Report for Reassigned Cases by 7/20/23. A template for the report can be found on Judge Hunt's webpage on the Court's website under "New and Reassigned Cases." A telephonic status hearing is set for 8/1/23 at 10:00 AM Attorneys/parties should appear for the hearing by calling the Toll−Free Number: 877−336−1828, Access Code: 4082461. Throughout the hearing, each speaker must identify themselves for the record before speaking. Members of the public and media may call in to listen to this hearing. Please keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting court proceedings. Violations of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted or denied entry to future hearings, or any other sanctions deemed necessary by the Court. Emailed notice. (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.