| Shears Damages | |
|---|---|
| Sum of MW Damages | $ 7,089.56 |
| Sum of OT Damages | $ 1,438.13 |
| Sum of Liquidated Damages | $ 8,527.69 |
| Sum of Treble Damages | $ 25,583.06 |
| Sum of Statutory Damages | $ 8,874.31 |
| TOTAL: | $ 51,512.75 |

| Week End | Hours Paid | OTC Hours | Total Hours | Reg. Rate | Reg Earnings | Deduction | Amount Paid | Effective Rate | Chicago MW | MW Damages | OT Damages | Total Damages | Liquidated Damages | Treble Damages | Running Monthly Total | Statutory % | Statutory Damages | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/4/2021 | 84.75 | 10 | 94.75 | $ 15.00 | $ 1,271.25 | $ 250.00 | $ 1,021.25 | $ 10.78 | $ 15.00 | $ 507.78 | $ 110.63 | $ 618.41 | $ 618.41 | $ 1,855.23 | $ 618.41 | 5% | $ - | $ 3,092.04 |
| 7/18/2021 | 84.75 | 10 | 94.75 | $ 15.00 | $ 1,271.25 | $ 250.00 | $ 1,021.25 | $ 10.78 | $ 15.00 | $ 507.78 | $ 110.63 | $ 618.41 | $ 618.41 | $ 1,855.23 | $ 1,236.82 | 5% | $ 1,484.18 | $ 4,576.22 |
| 8/1/2021 | 84.75 | 10 | 94.75 | $ 15.00 | $ 1,271.25 | $ 250.00 | $ 1,021.25 | $ 10.78 | $ 15.00 | $ 507.78 | $ 110.63 | $ 618.41 | $ 618.41 | $ 1,855.23 | $ 618.41 | 5% | $ - | $ 3,092.04 |
| 8/15/2021 | 84.75 | 10 | 94.75 | $ 15.00 | $ 1,271.25 | $ 250.00 | $ 1,021.25 | $ 10.78 | $ 15.00 | $ 507.78 | $ 110.63 | $ 618.41 | $ 618.41 | $ 1,855.23 | $ 1,236.82 | 5% | $ - | $ 3,092.04 |
| 8/29/2021 | 84.75 | 10 | 94.75 | $ 15.00 | $ 1,271.25 | $ 250.00 | $ 1,021.25 | $ 10.78 | $ 15.00 | $ 507.78 | $ 110.63 | $ 618.41 | $ 618.41 | $ 1,855.23 | $ 1,855.23 | 5% | $ 2,040.75 | $ 5,132.79 |
| 9/12/2021 | 84.75 | 10 | 94.75 | $ 15.00 | $ 1,271.25 | $ 250.00 | $ 1,021.25 | $ 10.78 | $ 15.00 | $ 507.78 | $ 110.63 | $ 618.41 | $ 618.41 | $ 1,855.23 | $ 618.41 | 5% | $ - | $ 3,092.04 |
| 9/26/2021 | 84.75 | 10 | 94.75 | $ 15.00 | $ 1,271.25 | $ 250.00 | $ 1,021.25 | $ 10.78 | $ 15.00 | $ 507.78 | $ 110.63 | $ 618.41 | $ 618.41 | $ 1,855.23 | $ 1,236.82 | 5% | $ 1,298.66 | $ 4,390.70 |
| 10/10/2021 | 84.75 | 10 | 94.75 | $ 15.00 | $ 1,271.25 | $ 250.00 | $ 1,021.25 | $ 10.78 | $ 15.00 | $ 507.78 | $ 110.63 | $ 618.41 | $ 618.41 | $ 1,855.23 | $ 618.41 | 5% | $ - | $ 3,092.04 |
| 10/24/2021 | 84.75 | 10 | 94.75 | $ 15.00 | $ 1,271.25 | $ 250.00 | $ 1,021.25 | $ 10.78 | $ 15.00 | $ 507.78 | $ 110.63 | $ 618.41 | $ 618.41 | $ 1,855.23 | $ 1,236.82 | 5% | $ 1,236.82 | $ 4,328.86 |
| 11/7/2021 | 84.75 | 10 | 94.75 | $ 15.00 | $ 1,271.25 | $ 250.00 | $ 1,021.25 | $ 10.78 | $ 15.00 | $ 507.78 | $ 110.63 | $ 618.41 | $ 618.41 | $ 1,855.23 | $ 618.41 | 5% | $ - | $ 3,092.04 |
| 11/21/2021 | 84.75 | 10 | 94.75 | $ 13.53 | $ 1,146.50 | $ 250.00 | $ 896.50 | $ 9.46 | $ 15.00 | $ 619.37 | $ 110.63 | $ 729.99 | $ 729.99 | $ 2,189.98 | $ 1,348.40 | 5% | $ 1,280.98 | $ 4,930.94 |
| 12/5/2021 | 84.75 | 10 | 94.75 | $ 15.00 | $ 1,271.25 | $ 250.00 | $ 1,021.25 | $ 10.78 | $ 15.00 | $ 507.78 | $ 110.63 | $ 618.41 | $ 618.41 | $ 1,855.23 | $ 618.41 | 5% | $ - | $ 3,092.04 |
| 12/19/2021 | 84.75 | 10 | 94.75 | $ 18.88 | $ 1,600.00 | $ 1,000.00 | $ 600.00 | $ 6.33 | $ 15.00 | $ 884.57 | $ 110.63 | $ 995.20 | $ 995.20 | $ 2,985.60 | $ 1,613.61 | 5% | $ 1,532.93 | $ 6,508.93 |
| | | | | | | | | | | | | $ 8,527.69 | | $ 25,583.06 | | | $ 8,874.31 | $ 51,512.75 |