IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**DIANE SHEARS**                                                             **PLAINTIFF**

vs.                            No. 1:22-cv-2099-EEB

**AMERICAN PUBLIC DEFENSE, INC.,**                           **DEFENDANT**
**and LEWIS BROWN**

## NOTICE OF SERVICE OF COURT ORDER

      Plaintiff Diane Shears, by and through her attorney Josh Sanford of Sanford Law Firm, PLLC, and for her Notice of Service of Court Order, does hereby states as follows:

      1.    On July 24, this Court entered an Order setting a telephonic prove-up hearing on Plaintiff's Motion for Default Judgment as to individual Defendant Lewis Brown. *See* ECF No. 21.

      2.    The Court further ordered Plaintiff to serve defaulted defendant Lewis Brown with a copy of that Order by July 26.

      3.    Plaintiff hereby provides proof of such service by certified mail, receipt requested, sent to defaulted Defendant's last known address, attached hereto as Exhibit A.

Page 1 of 2
Diane Shears v. American Public Defense, Inc., et al.
U.S.D.C. (N.D. Ill.) No. 1:22-cv-2099-EEB
Notice of Service of Court Order

Respectfully submitted,

**PLAINTIFF DIANE SHEARS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Parkway, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

Page 2 of 2
Diane Shears v. American Public Defense, Inc., et al.
U.S.D.C. (N.D. Ill.) No. 1:22-cv-2099-EEB
Notice of Service of Court Order