## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Diane Shears

                              Plaintiff,

v.                                                       Case No.: 1:22−cv−02099
                                                      Honorable LaShonda A. Hunt

American Public Defense, Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 1, 2023:

      MINUTE entry before the Honorable LaShonda A. Hunt: Status hearing and motion hearing held telephonically on 8/1/23. Defendants American Public Defense, Inc. and Louis Brown failed to appear. Counsel for Plaintiff reports that he is unable to effectuate service on Defendant America Public Defense, Inc. Plaintiff's oral motion to dismiss Defendant American Public Defense, Inc. without prejudice due to her inability to effectuate service is granted. Plaintiff's Motion for Default Judgment against Defendant Lewis Brown ("Defendant"), in the amount of $8,527.69, plus an equal amount as liquidated damages; $8,874.31 in statutory premiums; and $25,583.06 in statutory treble damages−for a total of &#036;51,512.75 plus $6,239.54 for attorney's fees and costs [18] is granted. Counsel to submit a proposed order in Word format. Signed order to follow. Civil case terminated. Emailed notice. (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.