**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Diane Shears
                                      Plaintiff,

v.                                                     Case No.: 1:22–cv–02099
                                                                      Honorable LaShonda A. Hunt

American Public Defense, Inc., et al.
                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 20, 2024:

      MINUTE entry before the Honorable LaShonda A. Hunt: Motion by Defendant Lewis Brown to set aside default [28] was not accompanied by the required notice of presentment nor does it indicate that counsel attempted to meet and confer in advance to determine if Plaintiff opposes the request. The motion [28] is therefore stricken. Any renewed motion must comply with Judge Hunt's case management procedures.Emailed notice. (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.