**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| DIANE SHEARS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 22-cv-2099 |
| | ) | |
| AMERICAN PUBLIC DEFENSE, INC. | ) | Judge LaShonda Hunt |
| And LEWIS BROWN, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on April 17, 2024, at 10:00 a.m., or as soon thereafter as I may be heard, I shall appear before the Honorable LaShonda Hunt of the U.S. District Court of the Northern District of Illinois, Eastern Division, or any judge sitting in her stead in Courtroom 1425, 219 South Dearborn St., Chicago, Illinois and shall present Defendant Lewis Brown's Motion to Vacate Default Judgment, a copy of which is served herewith.

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2024, I electronically filed the instant Notice and Motion with the Clerk of the Court using CM/ECF and that service on counsel of record will be accomplished by the CM/ECF system.

Signature:  /s/ *Anthony J. Peraica*              Date: April 9, 2024

Address:  Anthony J. Peraica & Associates, Ltd.          Phone: 773-735-1700
          5130 S. Archer Ave.                             ARDC NO: 6186661
          Chicago, IL 60632                               support@peraica.com