

**cyberdriveillinois.com is now ilsos.gov**

Office of the Secretary of State Jesse White
ilsos.gov

# Corporation/LLC Search/Certificate of Good Standing

## Corporation File Detail Report

| | |
|---|---|
| File Number | 69304079 |
| Entity Name | AMERICAN PUBLIC DEFENSE INC. |
| Status | ACTIVE |

### Entity Information

Entity Type
CORPORATION

Type of Corp
DOMESTIC BCA

Incorporation Date (Domestic)
Tuesday, 26 November 2013

State
ILLINOIS

Duration Date
PERPETUAL

### Agent Information

Name

LEWIS BROWN

Address
3430 FLOSSMOOR RD
FLOSSMOOR , IL 60422

Change Date
Tuesday, 26 November 2013

## Annual Report

Filing Date
Monday, 1 November 2021

For Year
2021

## Officers

President
Name & Address
LEWIS BROWN 42 APPLE LANE PARK FOREST 60466

Secretary
Name & Address
LEWIS BROWN 42 APPLE LANE PARK FOREST 60466

Return to Search

File Annual Report

Adopting Assumed Name

Articles of Amendment Effecting A Name Change

Change of Registered Agent and/or Registered Office

(One Certificate per Transaction)

This information was printed from www.ilsos.gov, the official website of the Illinois Secretary of State's Office.      Mon Feb 28 2022

https://apps.ilsos.gov/corporatellc/CorporateLlcController                                                                                                   2/2