IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DIANE SHEARS** <br> Plaintiff/Petitioner <br> vs. <br> **AMERICAN PUBLIC DEFENSE, INC.; LEWIS BROWN** <br> Defendant/Respondent | Case No.: **1:22-CV-2099** <br><br> AFFIDAVIT OF NON-SERVICE OF <br> **SUMMONS; ORIGINAL COMPLAINT** |

I, **Ray Wimbley**, depose and say the following:

I certify that I am over the age of eighteen. I am not a party to the above action. I am a registered private detective or a registered employee of a private detective agency, License No. 115002322, located at P O Box 129, Richton Park, IL 60471.

On the **20th day of May, 2022 at 1:38 PM**, I, **Ray Wimbley**, NON-SERVED American Public Defense c/o Lewis Brown.

**NON-SERVICE** after due search, careful inquiry and diligent attempts at **3430 Rd, Flossmoor, Cook County, IL 60422**, I have been unable to effect process upon the person/entity being served due to the following reason(s):

**5/4/2022 5:17 PM:** There was no answer at the address. At the address I observed a package/mail addressed to subject.
**5/5/2022 3:27 PM:** There was no answer at the address.
**5/7/2022 1:37 PM:** There was no answer at the address.
**5/8/2022 11:21 AM:** There was no answer at the address.
**5/14/2022 11:28 AM:** There was no answer at the address. I spoke with an on-site worker who says not resident.
**5/15/2022 12:22 PM:** There was no answer at the address.
**5/16/2022 3:34 PM:** There was no answer at the address.
**5/20/2022 1:38 PM:** I spoke with an individual who indicated they were the matthew coy. Was told that Mr Lewis doesn't come by this resident.

Service Fee Total: **$64.00**

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this Affidavit of NonService are true and correct.

| NAME: | | |
|---|---|---|
| Ray Wimbley | 115002322 | 05/24/2022 |
| | Server ID # | Date |

REF: **Diane Shears v. American Public Defense; 1:22-cv-2099**

Page 1 of 1
Tracking #: **0087418886**