Civil Action No. **1:22-CV-2099**

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **American Public Defense** was recieved by me on **7/21/2022**:

- ☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

- ☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

- ☐ I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)* ; or

- ☒ I returned the summons unexecuted because **No resolution before deadline or summons at court.**; or

- ☐ Other *(specify)*

My fees are $ 0 for travel and **$ 106.50** for services, for a total of **$ 106.50**.

I declare under penalty of perjury that this information is true.

Date:

_____
Server's signature

**Heidi Gaucher**
Printed name and title

**316 W 2nd St.
3rd Floor
Los Angeles, CA 90012**

_____
Server's address

Additional information regarding attempted service, etc:

7/21/2022 5:13 PM: There was no answer at the address.
7/25/2022 7:09 PM: Can hear individuals talking in home and they refuse to answer.
7/29/2022 9:48 AM: There was no answer at the address.
7/31/2022 2:36 PM: There was no answer at the address. Can hear male speaking in the home and would not open door




Tracking #: **0091449350**