FOR ATTORNEY / LAW FIRM PURPOSES ONLY

LEWIS A BROWN-People-Search-202202281556

**LEWIS A BROWN, 30 Years Old (Cook County, IL)**

LEWIS A BROWN (10/22/2010 to 12/18/2021)

Other Observed Names
LEWIS H BROWN (07/26/2018 to 10/03/2018)

SSN: **XXX-XX-1492**
Issued: **ILLINOIS 1992-1993**

Other SSNs this person has used. This does not usually indicate fraud.
**XXX-XX-7525**

**Dates of Birth**
DOB: **XX/XX/1992**
Age: **30**

Other DOB: **XX/XX/1962**
Age: **60**

Other DOB: **XX/1967**
Age: **54**

Gender: **Male**

Driver's License Detail:
DL#: **XXXX-XXX-XX-XXX-X**
DL State: **IL**
Reported Date: **10/24/2019**

**LEWIS H BROWN**
**277 SOMONAUK ST, PARK FOREST, IL**
**60466-2240 (COOK COUNTY)**
DOB: **XX/XX/1992**

**Possible Relatives**
Anne C Brown **1944** Age: **77**
Annie C Brown **1944** Age: **77**
Cathern A Brown **1996** Age: **25**
Gayle L Brown **1963** Age: **58**
Lewis Andrew Brown **1967** Age: **54**
Nikisha P Brown **1980** Age: **41**
Obadiah H Brown **2000** Age: **22**
Valencia Carter Brown **1970** Age: **51** Died at

**Indicators**
Bankruptcies: **None Found**
Liens: **None Found**
Judgments: **2 Found,** Latest in 2009

**Cities**
Chicago, IL (12/1999 to 02/28/2022)
Flossmoor, IL (10/22/2010)
Markham, IL (12/23/2019 to 08/24/2020)
Park Forest, IL (10/18/2010 to 02/02/2022)

**Possible Phones**
**(773) 569-0208** (CT) (Mobile)(86%)
**(872) 808-0208** (CT) (LandLine)(78%)
**(773) 947-9314** (CT) (LandLine)(78%)
**(708) 647-1774** (CT) (VoIP)(66%)
**(773) 255-1493** (CT) (LandLine)(66%)
**(708) 503-0208** (CT) (LandLine)(66%)
**(708) 898-7691** (CT) (VoIP)(66%)
**(847) 804-8273** (CT) (Mobile)(66%)
**(708) 679-0361** (CT) (LandLine)(66%)
**(708) 823-5193** (CT) (Mobile)(66%)
(735) 569-0208(0%)

**Counties**
Cook County, IL (12/1999 to 02/28/2022)

**Possible Email Addresses**
famedwarrior1992@yahoo.com (100%)
lewisbrown1967@yahoo.com (100%)

FOR ATTORNEY / LAW FIRM PURPOSES ONLY

LEWIS A BROWN-People-Search-202202281556

lewisabrown1967@gmail.com (100%)
mrbrown7273@gmail.com (79%)
lbrown5408@yahoo.com (62%)
brianbell7884@yahoo.com (40%)
grify01@hotmail.com (40%)
anttwan.washington@yahoo.com (40%)
obiebrown1234@gmail.com (40%)

**Address History (14)**
**1521 E 65TH ST, CHICAGO, IL 60637-3939 (COOK COUNTY)** (11/06/2021 to 02/28/2022)
Subdivision Name: **SOUTH PARK CHICAGO**
Address contains: **10** apartments
 Current Private Phone at address
   NOT PUBLISHED - **DEBORAH MIX**
 Possible Subject's Phone
**(773) 947-9314(CT) - EDNA BROWN**

**277 SOMONAUK ST, PARK FOREST, IL 60466-2240 (COOK COUNTY)** (07/31/2016 to 02/02/2022)
Subdivision Name: **VILLAGE PARK FOREST AREA**

**1521 E 65TH ST APT 3, CHICAGO, IL 60637-3941 (COOK COUNTY)** (11/01/2010 to 02/02/2022)
Subdivision Name: **SOUTH PARK CHICAGO**
Address contains: **10** apartments
 Current Private Phone at address
   NOT PUBLISHED - **DEBORAH MIX**
 Possible Subject's Phone
**(773) 947-9314(CT) - EDNA BROWN**

**1521 E 65TH ST APT 2, CHICAGO, IL 60637-3941 (COOK COUNTY)** (12/1999 to 08/17/2019)
Subdivision Name: **SOUTH PARK CHICAGO**
Address contains: **10** apartments
 Current Private Phone at address
   NOT PUBLISHED - **DEBORAH MIX**
 Possible Subject's Phone
**(773) 947-9314(CT) - EDNA BROWN**

**1521 E 65TH ST APT 1, CHICAGO, IL 60637-3941 (COOK COUNTY)** (12/20/2011 to 11/07/2015)
Subdivision Name: **SOUTH PARK CHICAGO**
Address contains: **10** apartments

**309 SEMINOLE ST, PARK FOREST, IL 60466-2228 (COOK COUNTY)** (04/14/2017 to 09/14/2021)
Subdivision Name: **VILLAGE PK FOREST AREA**

FOR ATTORNEY / LAW FIRM PURPOSES ONLY

LEWIS A BROWN-People-Search-202202281556

**15400 CROCKET LN, MARKHAM, IL 60428-2752 (COOK COUNTY)** (12/23/2019 to 08/24/2020)

**42 APPLE LN, PARK FOREST, IL 60466-2029 (COOK COUNTY)** (12/30/2015 to 08/17/2017)
Subdivision Name: **VILLAGE PARK FOREST**

**42 APPLE LN # 3R, PARK FOREST, IL 60466-2029 (COOK COUNTY)** (12/30/2015 to 12/30/2015)
Subdivision Name: **VILLAGE PARK FOREST**

**1222 MAIN ST, PARK FOREST, IL 60466 (COOK COUNTY)** (01/17/2017 to 01/17/2017)

**326 TODD ST, PARK FOREST, IL 60466-1236 (COOK COUNTY)** (10/18/2010 to 06/30/2011)
Subdivision Name: **LINCOLNWOOD**

**3430 FLOSSMOOR RD, FLOSSMOOR, IL 60422-2200 (COOK COUNTY)** (10/22/2010 to 10/22/2010)

**222 ARCADIA ST, PARK FOREST, IL 60466-1436 (COOK COUNTY)** (08/24/2018 to 02/02/2022)
 Current Private Phones at address
**(708) 833-7123(CT) - ALVIN RAMSEY**
**(708) 833-7123(CT) - VERLETHIA RAMSEY**

**70 W MADISON ST STE 1400, CHICAGO, IL 60602-4267 (COOK COUNTY)** (02/20/2016 to 02/20/2016)