AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  1:22-CV-02099

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for *(name of individual and title, if any)* **American Public Defense**
was recieved by me on *(date)*  **6/09/2022**

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on *(date)* , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)* on *(date)* ; or

☒ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and $ 106.50 for services, for a total of $ 106.50.

I declare under penalty of perjury that this information is true.

Date: 06/13/2022

*Server's signature*

**Ray Wimbley**
*Printed name and title*

P O Box 129
Richton Park, IL 60471

*Server's address*

Additional information regarding attempted service, etc:

6/9/2022 1:42 PM: I spoke with an individual who indicated they were the armar brown was told that mr lewis brown was out of the country and not sure when the will return. I also spoke with the neighbor at 275 Somonauk and was told same
6/12/2022 1:17 PM: I spoke with an individual who indicated they were the ms lewis and they stated subject resides but not available at this time. Was told that subject was out of the country and went return until January 2023.




Tracking #: 0088344810