UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Diane Shears
                                       Plaintiff,

v.                                                                  Case No.: 1:22–cv–02099
                                                                       Honorable LaShonda A. Hunt

American Public Defense, Inc., et al.
                                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 18, 2024:

        MINUTE entry before the Honorable LaShonda A. Hunt: Upon consideration of Defendant's response brief in opposition [35], Defendant is ordered to file a reply brief in support of his motion to vacate [30] by 4/29/24. The telephonic status hearing is reset from 4/24/24 to 5/15/24 at 9:30AM. Attorneys/Parties should appear for the hearing by calling the Toll–Free Number: 877–336–1828, Access Code: 4082461. Members of the public and media may call in to listen to the hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting court proceedings. Emailed notice. (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.