**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| DIANE SHEARS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 22-cv-2099 |
| | ) | |
| AMERICAN PUBLIC DEFENSE, INC. | ) | Judge LaShonda Hunt |
| And LEWIS BROWN, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that on April 29, 2024, I caused to be filed with the Clerk of the U.S. District Court of the Northern District of Illinois, Eastern Division, Defendant Lewis Brown's Reply in Support of Motion to Vacate Default Judgment, a copy of which is served herewith.

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2024, I electronically filed the instant Notice and Motion with the Clerk of the Court using CM/ECF and that service on counsel of record will be accomplished by the CM/ECF system.

Signature:    /s/ *Anthony J. Peraica*                     Date: April 29, 2024


Address:    Anthony J. Peraica & Associates, Ltd.      Phone: 773-735-1700
            5130 S. Archer Ave.                         ARDC NO: 6186661
            Chicago, IL 60632                           support@peraica.com