**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Diane Shears
                        Plaintiff,

v.                                                   Case No.: 1:22−cv−02099
                                                                      Honorable LaShonda A. Hunt

American Public Defense, Inc., et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 15, 2024:

      MINUTE entry before the Honorable LaShonda A. Hunt: Telephonic motion hearing held. Counsel for Defendant Lewis Brown appeared. Counsel for Plaintiff did not appear. For the reasons stated on the record, Defendant's Motion to Vacate Default Judgment [30] is granted. The final default judgment order [27] entered on 8/15/23 is vacated. A telephonic status hearing is set for 5/30/24 at 10:00 AM. Attorneys/Parties should appear for the hearing by calling the Toll−Free Number: 877−336−1828, Access Code: 4082461. Members of the public and media may call in to listen to the hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting court proceedings. Plaintiff's counsel must appear and state if she wishes to move forward. Failure to do so may result in the case being dismissed for want of prosecution. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.