## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Diane Shears

                               Plaintiff,

v.                                                       Case No.: 1:22–cv–02099
                                                                Honorable LaShonda A. Hunt

American Public Defense, Inc., et al.

                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 30, 2024:

      MINUTE entry before the Honorable LaShonda A. Hunt: Telephonic status hearing held. Counsel for Plaintiff and Counsel for Defendant Brown appeared. Plaintiff reports that she intends to pursue her claims and requests leave to seek an extension of the time for service of process. The order of default [9] entered against Defendant Lewis Brown on 12/22/22 is set aside and this case is reinstated. A telephonic status hearing is set for 6/27/24 at 9:30 AM. Attorneys/Parties should appear for the hearing by calling the Toll–Free Number: 877–336–1828, Access Code: 4082461. Members of the public and media may call in to listen to the hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting court proceedings. Plaintiff may file any motions by 6/20/24. Parties are reminded of the requirement to meet and confer in advance and include a proposed briefing schedule for opposed motions. No notice of presentment is required. The Court will consider any such motions at the 6/27/24 status hearing. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.