# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Diane Shears

                                                 Plaintiff,

v.                                                                                                Case No.: 1:22−cv−02099
                                                                                                      Honorable LaShonda A. Hunt

American Public Defense, Inc., et al.

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 7, 2024:

      MINUTE entry before the Honorable LaShonda A. Hunt: Plaintiff's Motion for Extension of Service Deadline [40] does not reflect that counsel met and conferred in advance with opposing counsel nor does it include a proposed briefing schedule as required under Judge Hunt's case management procedures. In fact, the Court reminded counsel of this obligation at the 5/30/24 hearing and included the same in the subsequently entered minute order [39]. Although the motion should be stricken as non−compliant, to keep things moving along, the motion [40] is entered and continued to 6/27/24 at 9:30AM with the telephonic status hearing [39]. Defendant's response to the motion is due by 6/18/24. No reply is necessary unless ordered by the Court. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.