# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Diane Shears

                        Plaintiff,

v.                                                    Case No.: 1:22−cv−02099
                                                               Honorable LaShonda A. Hunt

American Public Defense, Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 27, 2024:

      MINUTE entry before the Honorable LaShonda A. Hunt: Telephonic motion hearing held. Counsel for the Plaintiff and Counsel for Defendant Brown appeared. For the reasons stated on the record, Plaintiff's Motion for Extension of Service Deadline [40] is denied, and this case is dismissed without prejudice as to Defendant Lewis Brown under Fed. R. Civ. P. 4(m). As discussed, the Court granted counsel for Defendant Brown leave to submit proposed language for an order addressing the vacated default judgment to the Proposed Order Inbox by 6/27/24. The Court has modified that language appropriately. Enter Order. All pending motions and deadlines are terminated as moot. Civil case terminated. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.