IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Diane Shears, <br><br> Plaintiff, <br><br> v. <br><br> American Public Defense, Inc. and Lewis Brown, <br><br> Defendants. | Case No. 22 C 2099 <br><br> Hon. LaShonda A. Hunt |

### ORDER

The Court held a hearing on Plaintiff's Motion for Extension of Service Deadline, with counsel for Plaintiff and counsel for Defendant Lewis Brown appearing. For the reasons stated on the record, the motion [40] is denied. Accordingly, this case is dismissed without prejudice as to Defendant Lewis Brown under Fed. R. Civ. P. 4(m). In prior court orders [38][39], the Court set aside the order of default entered on 12/22/22 against Defendant Brown [9] and vacated the resulting final default judgment order entered on 8/15/23 against Defendant Brown [27]. In light of this dismissal, neither order has any further legal effect. All pending motions are terminated as moot. Civil case terminated.

**DATED**: June 28, 2024                               **ENTERED**:

_LaShonda A. Hunt_
_____
LASHONDA A. HUNT
United States District Judge

1